UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONDRA WILLIAMS,

    Petitioner,     Case No. 14-cv-10753
                                   Hon. Matthew F. Leitman
v.

CATHERINE S. BAUMAN,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Court's Opinion and Order (1) Denying Petition for Writ of Habeas Corpus, (2) Declining to Issue a Certificate of Appealability, and (3) Granting Leave to Appeal in Forma Pauperis, dated February 27, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

                DAVID J. WEAVER
                CLERK OF COURT

        By:   s/Holly A. Monda
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 27, 2017
Detroit, Michigan